IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANGELA L. ORTIZ,

    Plaintiff,

vs.   Civ. No. 08-674 WJ/ RHS

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on Plaintiff's Motion to Reverse or Remand Administrative Agency Decision ("Motion"), filed April 9, 2009 **[Doc. No. 23]** and the findings and recommended disposition of the Magistrate Judge ("Report"), filed November 24, 2009 **[Doc. No. 30]**. Plaintiff has filed objections to the Report. (See **[Doc. No. 31]**). The Court, having reviewed *de novo* those portions of the Report objected to, will adopt the Magistrate Judge's findings, affirm the Commissioner's decision and deny Plaintiff's Motion.

**WHEREFORE**,

**IT IS ORDERED** that the proposed findings of the Magistrate Judge **[Doc. No. 30]** are adopted by the Court and the Commissioner's decision is affirmed.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse or Remand Administrative Agency Decision **[Doc. No. 23]** is **denied** and this civil proceeding is **dismissed** with prejudice.

_____
UNITED STATES DISTRICT JUDGE